IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RANDOLPH SATTERWHITE,**

    Plaintiff,

v.                                    Civil Action No. **3:25CV329**

**ALYSSA GREGORY,**

    Defendant.

**MEMORANDUM OPINION**

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Plaintiff fails to provide the defendant with fair notice of the facts and legal basis upon which her liability rests. Accordingly, by Memorandum Order entered on October 16, 2025, the Court directed Plaintiff to submit a particularized complaint within thirty (30) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than thirty (30) days have elapsed since the entry of the October 16, 2025 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the October 16, 2025 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date: 22 December 2025
Richmond, Virginia

/s/ *[signature]*
John A. Gibney, Jr.
Senior United States District Judge